AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TEILBORG, JAMES A. | U. S. DISTRICT COURT | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 1/1/2015 to 12/31/2015 |

**7. Chambers or Office Address**

401 WEST WASHINGTON STREET
SUITE 523-SPC 51
PHOENIX, AZ 85003-2154

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $13,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ++++RAW LAND, ▮▮▮▮ (2000, $79,000.) | | None | L | R | | | | | |
| 2. (H) PACIFIC LIFE VARIABLE UNIVERSAL LIFE | | | | | | | | | |
| 3. ---FIXED ACCOUNT-PACIFIC LIFE | | None | M | T | | | | | |
| 4. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 5. (H) NATIONWIDE FLEXIBLE VARIABLE UNIVERSAL LIFE POLICY | | | | | | | | | |
| 6. --- NVIT MID CAP INDEX 1 | | None | K | T | | | | | |
| 7. --- DREY VIF APPRECIATION PT | | None | K | T | | | | | |
| 8. --- OPP MDCAP/VA NSS | | None | J | T | | | | | |
| 9. --- OPP MS ST/VA NSS | | None | K | T | | | | | |
| 10. --- JnsAspOverseas Svc(Formerly JAS INT'L GRTH PORT SV SHRS) | | None | J | T | | | | | |
| 11. --- NVIT Mult-Mgr MdCap Gr 1 | | None | J | T | | | | | |
| 12. (H) EQUITABLE LIFE POLICY | | | | | | | | | |
| 13. --- EQ/ INTERMEDIATE GOVERNMENT BOND | | None | J | T | | | | | |
| 14. --- EQ/ BLACK ROCK BASIC VALUE EQUITY | | None | K | T | | | | | |
| 15. --- EQ/ MID CAP INDEX | | None | K | T | | | | | |
| 16. --- EQ/ LARGE CAP CORE PLUS | | None | J | T | | | | | |
| 17. ---AXA LARGE CAP GROWTH | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --- AXA INTERNATIONAL CORE PLUS (FORMERLY EQ/ INTERNATIONAL CORE PLUS | | None | J | T | | | | | |
| 19. ---CHARTER SMALL CAP VALUE | | None | K | T | | | | | |
| 20. ████████████ INC. | | None | L | U | | | | | |
| 21. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2013-2016A (NO CONTROL) | A | Int./Div. | J | T | Redeemed (part) | 06/05/15 | J | A | |
| 22. JOHN HANCOCK FREEDOM 529, PORTFOLIO A, (NO CONTROL) | A | Int./Div. | J | T | | | | | |
| 23. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2017-2020A, (NO CONTROL) | A | Int./Div. | K | T | | | | | |
| 24. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2017-2020A, (NO CONTROL) | A | Int./Div. | K | T | | | | | |
| 25. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2021-20524A (NO CONTROL) | A | Int./Div. | J | T | | | | | |
| 26. NUVEEN MUNICIPAL VALUE FUND | A | Dividend | J | T | | | | | |
| 27. (H) LINCOLN NATIONAL AMERICAN LEGACY III VIEW 14L | | | | | | | | | |
| 28. ---AF BL CHP INCOME & GROWTH | | None | L | T | | | | | |
| 29. ---AF GROWTH | | None | M | T | | | | | |
| 30. ---AF GRWTH-INC | | None | L | T | | | | | |
| 31. ---AF GLBL SM CAP | | None | J | T | | | | | |
| 32. ---AF INT'L | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. --- AF NEW WORLD | | None | J | T | | | | | |
| 34. --- GLOBAL GROWTH-INCOME | | None | K | T | | | | | |
| 35. ---AF GLOBAL GROWTH | | None | K | T | | | | | |
| 36. --- BOND | | None | K | T | | | | | |
| 37. --- GLOBAL BOND | | None | K | T | | | | | |
| 38. --- GOVT/AAA SECURITIES | | None | K | T | | | | | |
| 39. --- HIGH INCOME BOND | | None | J | T | | | | | |
| 40. AXA EQUITABLE LIFE INSURANCE | A | Int./Div. | J | T | | | | | |
| 41. GENERAL AMERICAN WHOLE LIFE INSURANCE POLICY | A | Int./Div. | J | T | | | | | |
| 42. BANK OF AMERICA NA, RASP | A | Int./Div. | K | T | | | | | |
| 43. ISHARES MBS ETF | B | Dividend | L | T | Sold (part) | 03/05/15 | J | A | |
| 44. | | | | | Sold (part) | 04/07/15 | J | A | |
| 45. | | | | | Sold (part) | 07/14/15 | J | A | |
| 46. | | | | | Sold (part) | 11/02/15 | K | A | |
| 47. (H) PRUDENTIAL RETIREMENT B SERIES ANNUITY | | | | | | | | | |
| 48. ---AST SCHRODERS MULTI-ASSET WORLD STRAT. | | None | | | Sold | 10/16/15 | L | | |
| 49. ---AST ACADEMIC STRATEGIES ASSET ALLOCATION | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. ---AST GOLDMAN SACHS MULTI-ASSET | | None | L | T | | | | | |
| 51. ---AST BLACKROCK GLOBAL STRATEGIES PORT. | | None | L | T | | | | | |
| 52. ---AST SCHRODERS GLOBAL TACTICAL PORTFOLIO | | None | L | T | Buy | 10/16/15 | L | | |
| 53. ISHARES IBOXX $ INV GRADE CORP BD FD | B | Dividend | K | T | Sold (part) | 03/05/15 | J | A | |
| 54. | | | | | Sold (part) | 04/07/15 | J | A | |
| 55. | | | | | Sold (part) | 11/02/15 | J | A | |
| 56. ISHARES IBOXX HIGH YIELD CORP BD FD | A | Dividend | | | Sold (part) | 03/05/15 | J | A | |
| 57. | | | | | Sold (part) | 04/07/15 | J | A | |
| 58. | | | | | Sold (part) | 07/14/15 | J | | |
| 59. | | | | | Sold | 11/02/15 | K | | |
| 60. VANGUARD INTERMEDIATE TERM BOND ETF | B | Dividend | L | T | Sold (part) | 03/05/15 | J | | |
| 61. | | | | | Sold (part) | 04/07/15 | J | | |
| 62. | | | | | Sold (part) | 07/14/15 | J | | |
| 63. VANGUARD SHORT TERM BOND | B | Dividend | K | T | Sold (part) | 02/03/15 | J | | |
| 64. | | | | | Buy (add'l) | 04/01/15 | K | | |
| 65. | | | | | Sold (part) | 04/07/15 | J | A | |
| 66. | | | | | Sold (part) | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | Sold (part) | 06/01/15 | M | | |
| 68. | | | | | Buy (add'l) | 08/03/15 | K | | |
| 69. | | | | | Buy (add'l) | 09/01/15 | K | | |
| 70. | | | | | Sold (part) | 11/02/15 | M | | |
| 71. VANGUARD ENERGY ETF | A | Dividend | | | Sold | 09/01/15 | J | A | |
| 72. VANGUARD UTILITIES ETF | A | Dividend | | | Sold (part) | 02/06/15 | J | A | |
| 73. | | | | | Sold (part) | 04/07/15 | J | A | |
| 74. | | | | | Sold (part) | 07/04/15 | J | A | |
| 75. | | | | | Sold (part) | 09/01/15 | K | C | |
| 76. | | | | | Sold | 10/01/15 | K | C | |
| 77. ISHARES 1 - 3 YEAR TREASURY BOND ETF | A | Dividend | | | Sold (part) | 03/02/15 | L | A | |
| 78. | | | | | Sold (part) | 04/07/15 | J | A | |
| 79. | | | | | Sold (part) | 05/01/15 | K | A | |
| 80. | | | | | Buy (add'l) | 07/01/15 | L | | |
| 81. | | | | | Sold (part) | 07/14/15 | J | A | |
| 82. | | | | | Buy (add'l) | 09/01/15 | K | | |
| 83. | | | | | Sold | 11/02/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. VANGUARD INDUSTRIAL ETF | | None | | | Sold | 01/05/15 | K | D | |
| 85. VANGUARD REIT ETF | A | Dividend | | | Sold (part) | 02/06/15 | J | B | |
| 86. | | | | | Sold (part) | 04/07/15 | J | A | |
| 87. | | | | | Sold (part) | 07/01/15 | K | B | |
| 88. | | | | | Sold (part) | 07/14/15 | J | A | |
| 89. | | | | | Sold | 11/02/15 | K | C | |
| 90. VANGUARD SMALL CAP GROWTH ETF | | None | | | Sold | 01/05/15 | M | B | |
| 91. VANGUARD MATERIALS ETF | A | Dividend | | | Sold (part) | 03/05/15 | J | A | |
| 92. | | | | | Sold (part) | 04/07/15 | J | A | |
| 93. | | | | | Sold (part) | 07/14/15 | J | A | |
| 94. | | | | | Sold (part) | 09/01/15 | K | | |
| 95. | | | | | Sold | 10/01/15 | K | | |
| 96. VANGUARD INFORMATION TECH ETF | A | Dividend | | | Sold (part) | 02/06/15 | J | A | |
| 97. | | | | | Sold (part) | 03/02/15 | J | A | |
| 98. | | | | | Sold (part) | 04/07/15 | J | A | |
| 99. | | | | | Sold (part) | 07/14/15 | J | A | |
| 100. | | | | | Sold (part) | 09/01/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | Sold (part) | 10/01/15 | K | B | |
| 102. | | | | | Sold | 10/17/15 | J | A | |
| 103. VANGUARD TELECOMM SRVCS ETF | A | Dividend | | | Sold (part) | 03/05/15 | J | A | |
| 104. | | | | | Sold (part) | 04/07/15 | J | A | |
| 105. | | | | | Sold (part) | 07/14/15 | J | A | |
| 106. | | | | | Sold | 09/01/15 | K | | |
| 107. POWERSHARES GLOBAL | B | Dividend | K | T | Sold (part) | 03/05/15 | J | | |
| 108. | | | | | Sold (part) | 04/07/15 | J | A | |
| 109. | | | | | Sold (part) | 07/14/15 | J | | |
| 110. | | | | | Sold (part) | 11/02/15 | J | | |
| 111. ISHARES 3-7 YEAR TREASURY BOND ETF | A | Dividend | K | T | Sold (part) | 04/07/15 | J | A | |
| 112. | | | | | Sold (part) | 07/14/15 | J | A | |
| 113. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 114. ISHARES 1-3 YEAR CREDIT BOND ETF | A | Dividend | | | Sold (part) | 01/07/15 | K | | |
| 115. | | | | | Sold (part) | 02/02/15 | J | A | |
| 116. | | | | | Sold | 03/02/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 117. ▓▓▓▓▓ LEASEHOLD IMPROVEMENT, SPRINGERVILLE, AZ (2015, $55,000.) | | None | L | R | | | | | |
| 118. VANGUARD GROWTH ETF | B | Dividend | M | T | Buy | 01/05/15 | M | | |
| 119. | | | | | Sold (part) | 02/06/15 | J | A | |
| 120. | | | | | Sold (part) | 03/05/15 | J | A | |
| 121. | | | | | Sold (part) | 04/07/15 | J | A | |
| 122. | | | | | Sold (part) | 07/14/15 | J | A | |
| 123. | | | | | Sold (part) | 10/01/15 | L | | |
| 124. | | | | | Buy (add'l) | 11/02/15 | M | | |
| 125. VANGUARD HEALTH CARE ETF | A | Dividend | | | Buy | 01/05/15 | K | | |
| 126. | | | | | Sold (part) | 02/06/15 | J | A | |
| 127. | | | | | Sold (part) | 03/05/15 | J | A | |
| 128. | | | | | Sold (part) | 04/07/15 | J | A | |
| 129. | | | | | Sold (part) | 07/14/15 | J | A | |
| 130. | | | | | Sold | 09/01/15 | K | A | |
| 131. ISHARES GOLD TR | | None | | | Buy | 02/02/15 | J | | |
| 132. | | | | | Buy (add'l) | 02/06/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. | | | | | Sold | 03/02/15 | K | | |
| 134. VANGUARD FTSE DERVELOPED MKTS ETF | B | Dividend | | | Buy | 03/02/15 | M | | |
| 135. | | | | | Sold (part) | 04/01/15 | L | | |
| 136. | | | | | Sold (part) | 04/07/15 | J | A | |
| 137. | | | | | Sold (part) | 07/14/15 | J | | |
| 138. | | | | | Sold (part) | 10/01/15 | K | | |
| 139. | | | | | Sold | 11/02/15 | L | | |
| 140. VANGUARD FTSE EMERGING MKTS ETF(FORMERLY VANGUARD MSCI EMERGING MKTS) | B | Dividend | | | Buy | 04/01/15 | L | | |
| 141. | | | | | Sold (part) | 04/07/15 | J | A | |
| 142. | | | | | Sold (part) | 07/14/15 | J | | |
| 143. | | | | | Sold (part) | 08/03/15 | K | | |
| 144. | | | | | Sold | 11/02/15 | K | | |
| 145. SPDR GOLD TRUST | | None | | | Buy | 04/01/15 | K | | |
| 146. | | | | | Sold (part) | 04/07/15 | J | A | |
| 147. | | | | | Sold | 11/02/15 | K | | |
| 148. ISHARES INC CORE MSCI EMERG MKTS ETF | A | Dividend | J | T | Buy | 05/01/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 149. | | | | | Sold (part) | 07/01/15 | K | | |
| 150. | | | | | Sold (part) | 07/14/15 | J | | |
| 151. | | | | | Sold (part) | 08/03/15 | K | | |
| 152. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 153. ISHARES TRT CORE MSCI EAF ETC | B | Dividend | | | Buy | 05/01/15 | M | | |
| 154. | | | | | Sold (part) | 07/14/15 | J | | |
| 155. | | | | | Sold (part) | 09/01/15 | L | | |
| 156. | | | | | Sold | 10/01/15 | K | | |
| 157. ELEMENTS - ROGERS TR | | None | | | Buy | 06/01/15 | J | | |
| 158. | | | | | Sold | 11/02/15 | J | | |
| 159. ISHARES SHORT TREASURY BOND ETF | A | Dividend | | | Buy | 09/01/15 | L | | |
| 160. | | | | | Buy (add'l) | 10/10/15 | K | | |
| 161. | | | | | Sold | 11/02/15 | M | | |
| 162. VANGUARD VALUE ETF | B | Dividend | M | T | Buy | 10/01/15 | L | | |
| 163. | | | | | Buy (add'l) | 11/02/15 | M | | |
| 164. VANGUARD SHORT-TERM GOV BD | A | Dividend | | | Buy | 10/01/15 | M | | |
| 165. | | | | | Sold | 11/02/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 166. POWERSHARES PREFERRED PORTFOLIO | A | Dividend | J | T | Buy | 11/02/15 | J | | |
| 167. ISHARES MSCI EAFE | A | Dividend | M | T | Buy | 11/02/15 | M | | |
| 168. ISHARES TIPS BOND ETF | | None | K | T | Buy | 11/02/15 | K | | |
| 169. VANGUARD SMALL CAP VALUE ETF | A | Dividend | J | T | Buy | 11/02/15 | J | | |
| 170. VANGUARD SMALL CAP GROWTH ETF | A | Dividend | K | T | Buy | 11/02/15 | K | | |
| 171. SPDR BARCLAYS HIGH YIELD BOND ETF | A | Dividend | J | T | Buy | 11/02/15 | J | | |
| 172. MARKET VECTORS J.P.MORGAN EM LOCAL CURRENCY BOND ETF | A | Dividend | J | T | Buy | 11/02/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JAMES A. TEILBORG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544